Action by Giovanni Frasca and another against Giacinto Palumbo. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, for error in ruling in the exclusion of question as to the reasonable cost of the work, on page 18 of the minutes.

---

FREEMAN v. MOSHEIM et al. (Supreme Court,· Appellate Division, First Department. May 26, 1911.) Action by Chester M. Freeman against Julius E. Mosheim and others. No opinion. Motion to dismiss appeal granted as to respondents Marks and Richman, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 1125.

---

In re FRIEL. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) In the matter of the application of Daniel Friel to lay out a highway in the town of Ellicottville, and the assessment of damages therefor. No opinion. Order of County Court confirmed.

---

GALER, Respondent, v. GALER, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Anna L. Galer against James Galer.

PER CURIAM. Order, in so far as appealed from, reversed, without costs, and motion for a bill of particulars granted to this extent: The plaintiff shall specify: (1) When the defendant had an attack of delirium tremens; (2) when and at what time of the year plaintiff was obliged to leave the house for safety and to get rest and medical treatment; (3) when the defendant neglected to provide and pay for medical treatment· for plaintiff, and when plaintiff had to borrow money to pay for doctor's bills, and the amount thus obtained; (4) the improper acts constituting the course of defendant toward plaintiff, which has been such continuously for many years as to greatly injure and impair her health; (5) what the conditions are that cause plaintiff to fear that her husband will take her life if she continues to live with him.

---

GALLAGHER, Respondent, v. AUGAR et al., Appellants. (Supreme Court, ·Appellate Division, Fourth Department. May 17, 1911.) Action by Henry. Gallagher against John F. Augar and another. No opinion. Judgment and order affirmed, with costs.

---

GARNER, Respondent, v. THOMAS, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by James E. Garner against Benj. F. Thomas, impleaded with others. W. H. Smith, for appellant. J. L. Curtis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

GERMANIA LIFE INS. CO., Respondent, v. MEYER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the Germania Life Insurance Company against Ada E. Meyer and oth-ers. C. Trosk, for appellants. J. B. Roe, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

G. H. PETERS CO., Respondent, v. ST. JOSEPH'S ROMAN CATHOLIC CHURCH SOCIETY OF PERRY, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by the G. H. Peters Company against the St. Joseph's Roman Catholic Church Society of Perry, N. Y.

PER CURIAM. Judgment reversed, and new trial ordered before another referee, with costs to appellant to abide event, upon questions of law and fact. Held, that the tenth and eleventh findings of fact made by the referee are against the weight of the evidence, and that the tinning of the bell decks and the slating of the spires were included in the original contract.

---

GIANGRECO. Respondent, v. ATLANTIC STAMPING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Vito Giangreco against the Atlantic Stamping Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that no actionable negligence was established against the defendant.

---

GIBBONS, Appellant, v. HALLAM, Respondent (two cases). (Supreme Court, Appellate Division, First Department. May 12, 1911.) Actions by Charles D. Gibbons against Willard F. Hallam. M. Slade, for appellant. H. R. Stern, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

---

GILBERT v. ADAMS. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Marguerite Gilbert against Isabella V. Adams.

PER CURIAM. Motion granted, on payment of $10 costs, and, on payment of further $10 costs, defendant will be granted 10 days from entry of order on this motion to file and serve printed case on appeal. If terms are not complied with, motion denied, with $10 costs. Settle order on notice.

---

GILLEN v. NEW YORK BUTCHERS' DRESSED BEEF CO. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by John J. Gillen against the New York Butchers' Dressed Beef Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

GILMORE, Appellant, v. CITY OF UTICA et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Harrison Gilmore against the city of Utica and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

GINGOLD, Respondent, v. LYMAN, Appellant, et al. (Supreme Court, Appellate Divi-